UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

_____

TERRANCE PUGH et al.,

        Plaintiff,                    Case No. 1:16-cv-1391

v.                                          Honorable Paul L. Maloney

TONY TRIERWEILER et al.,

        Defendants.
_____/

## ORDER TO FILE AMENDED COMPLAINT

        This is a civil rights action brought by two state prisoners pursuant to 42 U.S.C. § 1983. Plaintiffs originally filed their action in the Eastern District of Michigan but it was transferred because venue is proper in this Court. The original complaint was scanned by the Eastern District and the scanned copy was provided to this Court upon transfer. Upon review of the complaint, this Court discovered that four pages (PageID.13-16) are illegible due to poor copy/scan quality. A copy of the original complaint was requested from the Eastern District, but could not be provided because it had been destroyed. Accordingly, the Court will provide Plaintiffs with the opportunity to file an amended complaint. All civil rights complaints brought by prisoners must be submitted on the form provided by this Court. *See* W.D. Mich. LCivR 5.6(a). **The Court directs the Clerk to send Plaintiff Pugh a copy of the original complaint (ECF No. 1) and a copy of the form complaint under 42 U.S.C. § 1983 for a civil action by a person in state custody**. Plaintiffs may submit an amended complaint by filing the complaint on the requisite form within twenty-eight (28) days from the date of entry of this order. The amended complaint will take the place of the

original complaint, so it must include all of the Defendants that Plaintiffs intend to sue and all of the claims that Plaintiffs intend to raise. The case number shown above must appear on the front page of the amended complaint. If Plaintiffs fail to submit an amended complaint in proper form within the time allowed, the Court will presume that they intend to proceed with the legible portion of the original complaint.

**IT IS SO ORDERED**.


Dated: January 11, 2017             /s/ Ray Kent
                                    RAY KENT
                                    United States Magistrate Judge