UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE PUGH,
    Plaintiff,

v.                                                  Case No. 1:16-cv-1391

TONY TRIERWEILER, et al.,         HONORABLE PAUL L. MALONEY
    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This is a prisoner civil rights action filed pursuant to 42 U.S.C. § 1983. Defendant Dan Thompson has filed a motion to revoke *in forma pauperis* status under 28 U.S.C. § 1915(g). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 29, 2017, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed. *See* 28 U.S.C. § 636(b)(1). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation (ECF No. 38) is APPROVED and ADOPTED as the Opinion of the Court.

**IT IS FURTHER ORDERED** that the motion to revoke *in forma pauperis* status under § 1915(g) (ECF No. 23) is GRANTED.

**IT IS FURTHER ORDERED** Plaintiff shall pay his $175.00 share of the filing fee within 14 days of the date of this order. Failure to pay the filing fee within the time period will result in dismissal of the case.

Dated: January 4, 2018                                        /s/ Paul L. Maloney
                                                                         Paul L. Maloney
                                                                          United States District Judge