UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRANCE PUGH,

    Plaintiff,

v.

TONY TRIERWEILER, *et al.*,

    Defendants.
    _____/

Case No. 1:16-cv-1391

Hon. Paul L. Maloney

## JUDGMENT

In accordance with the Order issued this date,

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice for lack of prosecution.

Date: February 22, 2018

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge